1  Michael S. Lavenant, Esq. -- State Bar No. 198765
   Christopher L. Moriarty, Esq. -- State Bar No. 198753
2  LANDEGGER, BARON, LAVENANT & INGBER
   A Law Corporation
3  15760 Ventura Boulevard
   Suite 1200
4  Encino, California 91436                    E-FILED 03/30/11
   Telephone: (818) 986-7561
5  Facsimile:  (818) 986-5147                  JS-6

6  Attorneys for DEFENDANTS BIOMAT USA,
   INC., ERRONEOUSLY SUED AND SERVED AS
7  PLASMA COLLECTION CENTERS, INC.; AND
   GRIFOLS INC.
8

9
                    UNITED STATED DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12

13
   MARGARITA NEGRETE, an individual,  )  CASE NO.: CV10 5844 AGR
14                                    )
              Plaintiff,               )  ASSIGNED FOR ALL PURPOSES TO
15                                    )  JUDGE ALICIA G. ROSENBERG
        v.                            )
16                                    )
   PLASMA COLLECTION CENTERS,         )  **STIPULATION OF DISMISSAL;**
17 INC., a Delaware corporation; GRIFOLS )  **ORDER**
   INC., a Delaware corporation; and DOES )
18 1 through 10, inclusive,            )
                                      )  CASE FILED: AUGUST 6, 2010
19            Defendants.              )
                                      )  DISCOVERY CUT-OFF:    NONE
20                                    )  MOTION CUT-OFF:       NONE
                                      )  TRIAL DATE:           NONE
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 _____
                        1
                  STIPULATION OF DISMISSAL

C:\Documents and Settings\Megan\Local Settings\Temporary Internet Files\Content.Outlook\D5UBS6G2\STIPULATION OF DISMISSAL.docx

Printed on recycled paper

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to FRCP 41(a)(1).

5  Dated: March 28, 2011          LANDEGGER, BARON, LAVENANT & INGBER
                                  A Law Corporation

7                         By:     _____
8                                 CHRISTOPHER L. MORIARTY
                                  Attorneys for Defendants
9                                 BIOMAT USA, INC. and GRIFOLS, INC.

11  DATED: March 28, 2011         LAW OFFICES OF MICHAEL TRACY

13                        By:     _____
14                                MEGAN ROSS HUTCHINS, Attorney for
                                  Plaintiff Margarita Negrete

DATED: 03/30/11

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

2
STIPULATION OF DISMISSAL

C:\Documents and Settings\Megan\Local Settings\Temporary Internet Files\Content.Outlook\DSUBS6G2\STIPULATION OF DISMISSAL.docx

Printed on recycled paper